EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI   #1528
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:  lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 8 2004

at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04 00047 |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. § 841(a)(1)] |
| TODD FRIAS, | |
| Defendant. | |

I N D I C T M E N T

The Grand Jury charges that:

On or about March 17, 2000, in the District of Hawaii, defendant TODD FRIAS knowingly and intentionally distributed approximately 1.6 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

DATED: January 28, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney

United States v. Todd Frias
Indictment
Cr. No.